JS - 6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRIANNA RIVERA, individually and on behalf of all others similarly situated,, <br><br> Plaintiff, <br><br> v. <br><br> SIMPLE HABIT, INC., <br><br> Defendant. | Case No. CV 19-1259 FMO (SSx) <br><br> **ORDER DISMISSING ACTION** |

The complaint in the above-captioned case contains individual and class allegations. Plaintiff has filed a voluntary notice of dismissal pursuant to Rule 41 of the Federal Rules of Evidence, seeking to dismiss the individual claims with prejudice and the class claims without prejudice. (See Dkt. 13, Notice of Voluntary Dismissal).

Having reviewed the case file and determined that no prejudice to the putative class will result from the dismissal, IT IS ORDERED that the above-captioned action is hereby **dismissed** with prejudice as to plaintiff and without prejudice as to the putative class. The dismissal shall be without costs.

Dated this 30th day of April, 2019.

/s/
Fernando M. Olguin
United States District Judge